# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIGHT POINT LAW GROUP, LLC
c/o Northwest Registerd Agent,
LLC 971 US Highway 202N
Ste N
Branchburg, New Jersey 08876

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026**

UNITED STATES DISTRICT COURT · EASTERN DISTRICT OF TEXAS

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEPHANIE RITIGSTEIN
1760 Rolling Lane
Cherry Hill, New Jersey 08003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

WYNONA CALLIER AND BRANDON CALLIER

*Plaintiff(s)*

v.

LIFT LENDING, LLC et al.

*Defendant(s)*

Civil Action No. 6:26-cv-360

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TOMAS MICHAEL GORDON
906 Westover Road
Wilmington, Delaware 19807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID R ALPERSTEIN
23 Country Walk
Cherry Hill, New Jersey 08003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERICAN LEGAL CLUB, LLC
c/o The First State Registered Agent Company
1925 Lovering Ave
Wilmington, Delaware 19806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

WYNONA CALLIER AND BRANDON CALLIER

*Plaintiff(s)*

v.

LIFT LENDING, LLC et al.

*Defendant(s)*

Civil Action No. 6:26-cv-360

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GREENBERG CONSUMER LAW, LLC
c/o David R Alperstein
23 Country Walk
Cherry Hill, New Jersey 08003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIFT LENDING, LLC
c/o Northwest Registered Agent, LLC
5900 Balcones Drive
Ste 100
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TEXAS •

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| WYNONA CALLIER AND BRANDON CALLIER<br>*Plaintiff(s)*<br>v.<br>LIFT LENDING, LLC et al.<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-360 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CLEARONE ADVANTAGE, LLC
c/o Business Filings Incorporated
701 Brazos Street
Ste 720
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon and Wynona Callier
Plaintiffs, Pro Se
1490A George Dieter Drive, #174
El Paso, TX 79936
915-383-4604
callier74@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TEXAS •

*CLERK OF COURT*

Date: **7/30/2026** ~~07/24/2026~~

David A. O'Toole
*Signature of Clerk or Deputy Clerk*