UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION



**FILED**

AUG 06 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

|  |  |  |
|---|---|---|
| WYNONA CALLIER and BRANDON CALLIER | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case 6:2026cv00360-KNM |
| LIFT LENDING, LLC, CLEARONE ADVANTAGE LLC, GREENBERG CONSUMER LAW, LLC, TOMAS MICHAEL GORDON, AMERICAN LEGAL CLUB, LLC, DAVID R ALPERSTEIN, LIGHTPOINT LAW GROUP, LLC, and STEPHANIE RITIGSTEIN | § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF VOLUNTARY DISMISAL WITHOUT PREJUDICE

COME NOW Plaintiffs Brandon Callier and Wynona Callier (together, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses all claims in this action against Defendants Lift Lending LLC, Clearone Advantage LLC, Greenberg Consumer Law, LLC Tomas Michael Gordon, American Legal Club, LLC, David R Alperstein, Lightpoint Law Group, LLC and Stephanie Rigitgstein (together, "Defendants") without prejudice. Defendants have not made an appearance or otherwise defended the case.

August 5, 2026,                                    Respectfully submitted,

_____
Wynona Callier
Plaintiff, Pro Se
3650 N. Broadway
#1603
Tyler, TX 75702
903-830-6360
Wynonacallier1955@gmail.com

1

Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, TX 79928
915-383-4604
Callier74@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I caused a copy of the forgoing Plaintiff's Notice of Voluntary Dismissal Without Prejudice to be served on Defendants counsel via email to attorney Christopher Mier at Christopher.Meier@gmlaw.com.

August 5, 2026,                           Respectfully submitted,

Wynona Callier
Plaintiff, Pro Se
3650 N. Broadway
#1603
Tyler, TX 75702
903-830-6360
Wynonacallier1955@gmail.com

Brandon Callier
Plaintiff, Pro Se
1490A George Dieter Drive
#174
El Paso, TX 79928
915-383-4604
Callier74@gmail.com

2